UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Elizabeth Peters, | Case No. 15-cv-4602 (WMW/FLN) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| Wells Fargo et al., | |
| Defendants. | |

---

This matter comes before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings, **IT IS HEREBY ORDERED** that this action is **REMANDED** to the Iowa District Court for Dallas County.

LET JUDGMENT BE ENTERED ACCORDINGLY.


Dated: March 28, 2016                                  s/Wilhelmina M. Wright
                                                                         Wilhelmina M. Wright
                                                                         United States District Judge